Lee Lawson, Pro Se'
P.O. Box 493
Willow, AK 99688
Ph#: 907-606-0018
leelawson@gci.net

RECEIVED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| **LEE LAWSON,** | |
| **Plaintiff,** | |
| **vs.** | **COMPLAINT** |
| **U.S. POST OFFICE,** | **and** |
| **And** | **DEMAND FOR JURY TRIAL** |
| **DOES 1-10** | |
| **Defendants** | **Case Number:** 3:26-cv-00321-ACP |

## COMPLAINT

Plaintiff Lee Lawson, for his complaint against Defendants United States Post Office (U.S. Post Office) and Defendant Does 1 thru 10, states as follows:

## INTRODUCTION

1.) This is an action for money damages, declaratory, and injunctive relief brought pursuant to 42 U.S.C. §§ 1983, the First, Fourth, Fifth, Sixth, Seventh, Ninth, and 14th Amendments to the United States Constitution, and under the laws of the State of Alaska, against the above mentioned Defendants, UNITED STATES POSTAL SERVICE and its employees named DOES(to be discovered) in their individual and official capacities.

## JURISDICTION AND VENUE

2.) This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 over Plaintiff's cause of action arising under the Constitution of the United States and 42 U.S.C. § 1983 and pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. This Court has supplemental jurisdiction over plaintiff's causes of action arising under the Alaska state law pursuant to 28 U.S.C. § 1367.

3.) Venue lies in the United States District Court for the District of Alaska because the events or omissions giving rise to Plaintiff's claims occurred in Willow, Alaska. 28 U.S.C. § 1391(b)(2).

## PARTIES

4.) Plaintiff Lee Lawson is an adult senior citizen and a resident of the town of Willow, Alaska. He is a 71 year old retired I.T. Engineer.

5.) Defendant United States Postal Service, is an entity of the U.S. Government.

6.) Defendant DOES 1-10 are Postal employees yet to be discovered. One Defendant, Jennifer is a Postal Supervisor who refused to give the Plaintiff her name. Her phone number is: 971-201-3450. And will be identified through discovery as well as any other defendants.

## BACKGROUND FACTS

1.) The Plaintiff mailed a package of his property at a Post Office in Yankton South Dakota in June of 2026. He paid for the package delivery and it was accepted which constitutes a contract.

2.) The Plaintiff then flew to his home in Willow Alaska and waited for his package to be delivered to him. After a week or so the Plaintiff went to his local Post Office to see what was going on with his package. He was told that it had been confiscated and turned over to the Criminal Investigations Office to be investigated. He was told someone would be in contact with him by the Postal clerk.

3.) More time went by and no one tried to contact the Plaintiff from the Postal Service.

4.) Sometime around August 1, 2026 the Plaintiff received a letter from Criminal Investigations Service Center. It seemed to be a generic letter. To the plaintiff it seemed vague. The law that is quoted in the letter is from the US Postal Service Publication and isn't Law. It's US Postal Service Publication 52.

5.) On August 24th, 2026 the Plaintiff called the phone number in the letter to find out what happened to his property. He called 3 times throughout the day and left messages asking someone to call him.

6.) On August 25, the plaintiff called the Criminal Investigations Service Center again because he still hadn't received a call from them. This time a young lady answered. She asked me a few questions and then the Plaintiff asked her where his property was. She said she didn't know. Then she asked if they could open my package. The Plaintiff responded that without a warrant he did not want his property searched. He then asked to talk to a Supervisor. She said her Supervisor was in a meeting but she would tell her to call me.

7.) Later on that same day Postal Supervisor Jennifer (believed to be in Chicago) called the Plaintiff. The summary of the phone call was that the Postal Service would not return the Plaintiff's property and that the Postal Laws supersede the Constitution. Jennifer then told the Plaintiff that their investigation was limited to 30 days and then they "get rid" of the property and the Plaintiff couldn't do a thing about it. She then ended the phone call after the Plaintiff told her if he didn't get his property he would sue.

**CONSTITUTIONAL LEGALITIES**

8.) The 4th Amendment addresses searches and seizures. The Postal Investigators **did not** serve the Plaintiff with a warrant to seize his property.

9.) The 5th Amendment states:

*nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation*

Supervisor Jennifer told the Plaintiff that Postal laws supersede the Constitution which allows her to take his property. The Plaintiff highly disagrees. Article IV, Clause 2 of the U.S. Constitution also disagrees with Supervisor Jennifer. The Plaintiff was also denied his Due Process. He was not allowed to confront any witnesses or put on a defense (if it called for one at all). He wasn't even arrested for anything. They just took his property.

10.) The U.S. Postal Investigators say they conducted an investigation but that is false. The Plaintiff was never contacted about his property being seized in person. He received one generic letter that gave him enough information to conduct an investigation on them.

11.) The Plaintiff paid the US Post Office in Yankton, SD $21.00 to deliver his package. The package made it all the way to Willow AK before it was confiscated. This is Breach of Contract.

**RELIEF**

12.) The Plaintiff, Lee Lawson does request the following relief:

A.) The U.S. Post Office return the Plaintiff's property and his $21.00 for delivery of said property.

B.) That the U.S. Post Office train their employees on Constitutional Laws. Especially the Bill of Rights and the Supremacy Clause.

C.) That the Plaintiff be awarded $150,000 for the infringement of the Plaintiff's. Constitutional Rights.

D. Be awarded whatever else the Court deems fair and just.

Lee Lawson PRO SE

Date: September 8, 2026

Lee Lawson, Pro Se'
P.O. Box 493
Willow, AK 99688
Ph#: 907-606-0018
leelawson@gci.net